IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BROOKLYN PAIGE LESLIE**                                                                              PLAINTIFF

v.                                           NO. 4:22-cv-01083-BRW

**KILOLO KIJAKAZI, Acting Commissioner of**                              **DEFENDANT**
**the Social Security Administration**

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Substantial evidence on the record as a whole supports the findings made by the Administrative Law Judge ("ALJ"), and he did not commit legal error. The ALJ's decision is therefore affirmed. The complaint filed by plaintiff Brooklyn Paige Leslie is dismissed, all requested relief is denied, and judgment will be entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 21st day of August, 2023.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE